1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD ALLEN GILLIS,

11            Petitioner,                    No. CIV S-09-2253 KJM P

12        vs.

13   JOHN D. HAVILAND, Warden,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  In his

18   application, petitioner challenges a conviction issued by the Stanislaus County Superior Court.

19   Stanislaus County is part of the Fresno Division of the United States District Court for the

20   Eastern District of California.  <u>See</u> Local Rule 3-120(d).

21            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: August 25, 2009.

   _____
   U.S. MAGISTRATE JUDGE

12 /mp
   gill2253.109